NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 17 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DEBORAH WILLIAMSON-BESS,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>UNITED STATES POSTAL<br>SERVICE; DAVID P. STEINER,<br>Postmaster General; MARK<br>STARKS; EVETT KING; JOHNSON,<br>Employee; DUMAS,<br>Employee; AMERICAN POSTAL<br>WORKERS UNION; WALKER, Plant<br>Manager,<br><br>      Defendants - Appellees. | No. 24-5746<br><br>D.C. No. 2:22-cv-02899-VBF-SHK<br><br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Central District of California
Valerie Baker Fairbank, District Judge, Presiding

Submitted November 12, 2025[**]

Before:    SCHROEDER, RAWLINSON, and NGUYEN, Circuit Judges.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Deborah Williamson-Bess appeals pro se from the district court's judgment dismissing her action alleging claims under Title VII. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915(e)(2) or § 1915A. *Watison v. Carter*, 668 F.3d 1108, 1112 (9th Cir. 2012); *Wilhelm v. Rotman*, 680 F.3d 1113, 1118 (9th Cir. 2012). We affirm.

The district court properly dismissed Williamson-Bess's action because Williamson-Bess did not file her complaint within 90 days of receiving a right-to-sue notice from the Equal Employment Opportunity Commission (EEOC). *See Payan v. Aramark Mgmt. Servs. Ltd. P'ship*, 495 F.3d 1119, 1121 (9th Cir. 2007) (explaining that 42 U.S.C. § 2000e-5(f)(1) requires a claimant to file a civil lawsuit within 90 days of receiving a right to sue notice from the EEOC).

**AFFIRMED.**